FILED
August 21, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TING THAVISAK, ) <br> ) <br> Defendant. ) | Case No. MAG. 08-0272 KJM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release TING THAVISAK , Case No. MAG. 08-0272 KJM, Charge Title 21 USC §§ 846; 841(a)(1); 843(b), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    X   Bail Posted in the Sum of $ _150,000 Secured by 3 properties._

        X   Unsecured Appearance Bond _pending posting of property, co-signed by 3 sisters._

        \_\_   Appearance Bond with 10% Deposit

        \_\_   Appearance Bond with Surety

        \_\_   Corporate Surety Bail Bond

    X   (Other) _Pretrial Services Supervision of conditions_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   August 21, 2008   at   3:00   pm .

By _/s/ Dale A. Drozd_

Dale A. Drozd
United States Magistrate Judge