**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
KOUTKEO THI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.-S-08-391-GEB |
| PLAINTIFF, | ) | STIPULATION AND PROPOSED ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE TO JANUARY 16, 2009 |
| v. | ) | |
| KEOUDONE N. PHAOUTHOUM, et al., | ) | |
| DEFENDANTS. | ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Michael M. Beckwith, and defendant Keoudone N. Phaouthoum by his attorney Ms. Katherine E. Lothrop, defendant Ting Thavisak, by his attorney Mr. Hayes H. Gable, III, defendant Zi Lei, by his attorney,  Mr. J. Clark Head, defendant De Yang, by his attorney, Mr. David Grow, defendant John Li, by his attorney Mr. Johnny L. Griffin, III  and defendant Koutkeo Thi, by her attorney Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Friday, November 7, 2008, at 9:00 a.m.** before the Honorable United States District Court Judge, Garland E. Burrell, Jr., may be continued to **Friday, January 16, 2009, at 9:00 a.m.**

1

1    The Court's courtroom deputy, Ms. Shani Furstenau, has been contacted to
2    ensure the Court's calendar was available for that date and the Court is available on
3    Friday, January 16, 2009.

4    There is no trial date set.

5    The Court has previously made a finding that this case is complex pursuant to
6    the Speedy Trial Act, Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2,
7    which allowed the Court to make the finding that this case is so unusual or so
8    complex, due to the number of defendants, the nature of the prosecution, or the
9    existence of novel questions of fact or law, that it is unreasonable to expect adequate
10   preparation for pretrial proceedings or the trial itself within the time limits established
11   by the Speedy Trial Act.  (See Docket Entries # 43 and 52). In addition,  the Court
12   previously found from the record made with factual support, that time is to be
13   excluded under local code T-4, that time is to be excluded  for the reasonable time
14   necessary for effective preparation by defense counsel and Title 18 U.S.C. section
15   3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entries # 43 and 52)

16                      **PROCEDURAL STATUS  OF THE CASE**

17   On August 11, 2008, the government filed a criminal complaint. (See Docket
18   Entry #1). On August 28, 2008, the government filed a six (6) count Indictment
19   against the six (6) defendants. (See Docket Entry # 40)

20   On August 28, 2008, five (5) of the defendants were arraigned on the six (6)
21   count  Indictment and a status conference was scheduled for November 7, 2008. (See
22   Docket Entry # 43)The Court found that this case is complex pursuant to the Speedy
23   Trial Act, Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2, which
24   allowed the Court to make the finding that this case is so unusual or so complex, due
25   to the number of defendants, the nature of the prosecution, or the existence of novel
26   questions of fact or law, that it is unreasonable to expect adequate preparation for
27   pretrial proceedings or the trial itself within the time limits established by the Speedy

28

2

1   Trial Act.  (See Docket Entry 43). In addition,  the Court previously found from the

2   record made with factual support, that time is to be excluded under local code T-4,

3   that time is to be excluded  for the reasonable time necessary for effective preparation

4   by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial

5   act. Time was excluded under the Speedy Trial Act from August 28, 2008, to

6   November 7, 2008. (See Docket Entry 43)

7          On October 22, 2008, defendant De Yang (which would be the sixth defendant)

8   was arraigned on the six (6) count Indictment. (See Docket Entry #52) The Court

9   found that this case is complex pursuant to the Speedy Trial Act, Title 18 U.S.C.

10   section 3161(h)(8)(B)(ii) and local code T-2**,** which allowed the Court to make the

11   finding that this case is so unusual or so complex**,** due to the number of defendants,

12   the nature of the prosecution, or the existence of novel questions of fact or law, that it

13   is unreasonable to expect adequate preparation for pretrial proceedings or the trial

14   itself within the time limits established by the Speedy Trial Act.  (See Docket Entry

15   43 and 52). In addition,  the Court previously found from the record made with

16   factual support, that time is to be excluded under local code T-4, that time is to be

17   excluded  for the reasonable time necessary for effective preparation by defense

18   counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. Time

19   was excluded under the Speedy Trial Act from October 22, 2008, to November 7,

20   2008. (See Docket Entry 43 and 52)

21                              **DISCOVERY STATUS IN THE CASE**

22          The government is in the process of continuing to produce discovery in this

23   case. To date, the government has produce approximately over 4,700 pages both on

24   CD's and hard copy and approximately over 2,000 telephone calls of various time

25   duration.  The defense is in the continuing process of reviewing this large amount of

26   discovery.

27          In addition, investigation by the defense is on going.

28                                                    3

1      The parties stipulate and agree that time under the Speedy Trial Act  shall

2   continue be excluded **up to and including Friday, January 16,  2009,  under** the

3   Speedy Trial Act under Local Code T-2 (**complexity of case)** and Title 18 U.S.C.

4   section 3161(h)(8)(B)(ii)and Local Code T-4 (**time for defense counsel**

5   **preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

6                                              Respectfully submitted,

7                                              McGREGOR W. SCOTT
                                               UNITED STATES ATTORNEY
8
                                               /s/ Michael M. Beckwith by e mail authorization
9   DATED: 11-5-08
                                               _____
10                                             Michael M. Beckwith
                                               ASSISTANT UNITED STATES ATTORNEY
11

12  DATED: 11-5-08
                                               /s/ Katherine E. Lothrop  by Telephone  authorization
13
                                               _____
                                               Katherine E. Lothrop
14                                             Attorney for Defendant Keoudone N. Phaouthoum

15  DATED: 11-5-08                             /s/ Hayes H. Gable, III, by e mail authorization

16                                             _____
                                               Hayes H. Gable, III
                                               Attorney for Defendant Ting Thavisak
17

18  DATED 11-5-08                              /s/ J. Clark Head by Telephone authorization

19                                             _____
                                               J. Clark Head
20                                             Attorney for Defendant Zi Lei

21  DATED: 11-5-08                             /s/ Johnny L. Griffin, III by e mail authorization

22                                             _____
                                               Johnny L. Griffin, III
                                               Attorney for Defendant John Li
23
    DATED: 11-5-08                             /s/ David A. Grow by Telephone authorization
24
                                               _____
25                                             David A. Grow
                                               Attorney for Defendant De Yang
26  DATED: 11-5-08                             /s/ James R. Greiner

27                                             _____
                                               James R. Greiner
                                               Attorney for Defendant Koutkeo Thi
28
                                               4

1

2                                    **ORDER**

3

4
           **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**
5

6     Dated:  November 6, 2008

7
                              _____
8                              GARLAND E. BURRELL, JR.
                              United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        5