```
HEATHER E. WILLIAMS,
Federal Defender
RACHELLE BARBOUR, Cal. Bar # 185395
Research and Writing Attorney
Designated Attorney for Service
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Requesting Appointment
for KOUTKEO THI
```

FILED
AUG 30 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> KOUTKEO THI, <br> Defendant. | Cr.S. 08-00391-GEB <br><br> APPLICATION AND ORDER APPOINTING COUNSEL |

KOUTKEO THI through the Federal Defender for the Eastern District of California, hereby requests appointment of the Office of the Federal Defender, HEATHER E. WILLIAMS, Federal Defender, and RACHELLE BARBOUR, Research and Writing Attorney, to represent him in this case.

Mr. Thi was referred to the Federal Defender's Office by the United States Probation Office to assist him in filing a motion for early termination of his supervised release pursuant to 18 U.S.C. § 3583(e)(1). The Federal Defender's Office has received a financial

affidavit that indicates that Mr. Thi qualifies for appointed counsel. The Federal Defender's Office is respectfully requesting appointment to represent Mr. Thi.

DATED: August 27, 2013

          Respectfully submitted,

          HEATHER E. WILLIAMS
          Federal Defender

          /s/ Rachelle Barbour

          RACHELLE BARBOUR
          Research and Writing Attorney

        Having satisfied the Court that he is unable to employ counsel, the court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.

DATED: 8-30-13

          UNITED STATES MAGISTRATE JUDGE

          EDMUND F. BRENNAN
          UNITED STATES MAGISTRATE JUDGE

2