HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
Telephone:  (916) 446-3331
Facsimile: (916) 447-2988
hhgable@gmail.com

Attorney for Defendant
TING THAVISAK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     )<br>                                                            )<br>                                                            )<br>               Plaintiff,                              )<br>     vs.                                                 )<br>                                                            )<br>**TING THAVISAK,**                            )<br>                                                            )<br>               Defendant.                         )<br>                                                            )<br>_____) | Case No. 2:08-cr-00391-GEB<br><br>**ORDER EXONERATING BOND** |

Good cause appearing and the defendant having completed his sentence imposed by the Court,  IT IS HEREBY ORDERED that the appearance bond posted to secure the release of the defendant be exonerated and the property posted for bail on behalf of this defendant be reconveyed.

Dated:  November 19, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1